**CGFD28** (9/19/08)

**ORDERED in the Southern District of Florida on October 27, 2014**

**John K Olson**
United States Bankruptcy Judge

---

# United States Bankruptcy Court
## Southern District of Florida
## www.flsb.uscourts.gov

**Case Number: 09−30810−JKO**
**Chapter: 13**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Peter Spiegel
10933 NW 12 Manor
Coral Springs, FL 33071

SSN: xxx−xx−5481

Rivka T. Spiegel
10933 NW 12 Manor
Coral Springs, FL 33071

SSN: xxx−xx−2709

# FINAL DECREE

The trustee, Robin R Weiner, having filed a final report that the estate has been fully administered, is discharged and the case is closed.